Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

JS-6

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KOI CLOTHING, INC., a California Corporation;  *et al.*<br><br>Defendants. | Case No.: 2:15-cv-01835-BRO-AGR<br>*Hon. Beverly Reid O'Connell Presiding*<br><br>**JUDGMENT RE SARA FASHIONS INC.** |

# **JUDGMENT**

AFTER CONSIDERING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, AND FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A JUDGMENT in the amount of **$32,910.00**, along with interest in the amount prescribed by statute, is hereby GRANTED and ENTERED against SARA FASHIONS, INC., a California Corporation, and in favor of STAR FABRICS, INC.

<u>IT IS SO ORDERED.</u>

Dated: July 20, 2015       By:_____
                                Honorable Beverly Reid O'Connell
                                UNITED STATES DISTRICT JUDGE