Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KOI CLOTHING, INC., a California Corporation; *et al.*<br><br>Defendants. | Case No.: 2:15-cv-01835-BRO-AGR<br>*Hon. Beverly Reid O'Connell Presiding*<br><br>**JUDGMENT RE REVOULTION** |

- 1-
JUDGMENT

# JUDGMENT

AFTER CONSIDERING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, AND FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A JUDGMENT in the amount of **$32,920.00** along with interest in the amount prescribed by statute, is hereby GRANTED and ENTERED against REVOLUTION a business entity of form unknown, and in favor of STAR FABRICS, INC.

IT IS SO ORDERED.

Dated: July 20, 2015      By:_____
                                         Honorable Beverly Reid O'Connell
                                         UNITED STATES DISTRICT JUDGE